# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PSARA ENERGY, LTD., § | | |
| Plaintiff, § | No. 1:15-CV-355 | |
| § | | |
| v. § | ADMIRALTY | |
| § | | |
| SPACE SHIPPPING, LTD; ADVANTAGE § | | |
| ANTHEM SHIPPING, LLC; GENEL DENIZCILIK§ | | |
| NAKLIYATI A.S. A/K/A GEDEN LINES; § | | |
| ADVANTAGE TANKERS, LLC; ADVANTAGE § | | |
| HOLDINGS, LLC; and FORWARD HOLDINGS, § | | |
| LLC, § | | |
| § | | |
| Defendants. § | | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PSARA ENERGY, LTD., and Defendants Advantage Anthem Shipping, LLC, Advantage Tankers, LLC, Advantage Holdings, LLC and Forward Holdings, LLC, by and through their respective undersigned attorneys, voluntarily dismisses this case without prejudice to any other related cases pending, with each party to bear its own fees and costs. The clerk is respectfully requested to close this case.

Respectfully Submitted,

Date:   December 28, 2015                CHALOS & CO, P.C.
        Houston, TX

                 By:   /s/ George A. Gaitas
                        George A. Gaitas
                        State Bar No. 24058885
                        Federal Bar No. 705176
                        7210 Tickner Street
                        Houston, Texas 77055

                Telephone: 713-936-2427
                Fax: 866-702-4577
                E-mail:gaitas@chaloslaw.com

                *Attorneys for Plaintiff*
                PSARA ENERGY, LTD.

By: /s/Marc Matthews
   Marc Matthews
   Phelps Dunbar LLP
   One Allen Center
   500 Dallas Street, Suite 1300
   Houston, Texas 77002
   Telephone: 713-225-7275
   E-mail: marc.matthews@phelps.com